

FILED

APR - 9 2018

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

DE'ANDRE DUNSTON,      )
                           )
    Plaintiff,        )
                           )
v.                     )    Civil Action No. 3:17CV779–HEH
                           )
NURSE BROWN, *et al.*,    )
                           )
    Defendants.      )

## MEMORANDUM OPINION
### (Dismissing Action Without Prejudice)

Plaintiff, a Virginia inmate proceeding *pro se* and *in forma pauperis*, filed this 42 U.S.C. § 1983 action. In order to state a viable claim under 42 U.S.C. § 1983, a plaintiff must allege that a person acting under color of state law deprived him or her of a constitutional right or of a right conferred by a law of the United States. *See Dowe v. Total Action Against Poverty in Roanoke Valley*, 145 F.3d 653, 658 (4th Cir. 1998) (citing 42 U.S.C. § 1983). Accordingly, by Memorandum Order entered on March 2, 2018, the Court directed Plaintiff to submit a particularized complaint within fourteen (14) days of the date of entry thereof. The Court warned Plaintiff that the failure to submit the particularized complaint would result in the dismissal of the action.

More than fourteen (14) days have elapsed since the entry of the March 2, 2018 Memorandum Order. Plaintiff failed to submit a particularized complaint or otherwise

respond to the March 2, 2018 Memorandum Order. Accordingly, the action will be

dismissed without prejudice.

An appropriate order will accompany this Memorandum Opinion.

_____ /s/

HENRY E. HUDSON
Date: April 9, 2018          UNITED STATES DISTRICT JUDGE
Richmond, Virginia